COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-359-CV

MARTHA H. STEED
 
APPELLANT

V.

GARY GARDNER, GARDNER HOMES, L.L.P.,
 APPELLEE
S

AND MIKE UPSHAW
 
 

----------

FROM THE 342
ND
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Agreed Motion To Dismiss With Prejudice.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL A:  HOLMAN, J.; CAYCE, C.J.; and GARDNER, J.

DELIVERED:  November 8, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.